FILED

07/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0042

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0042

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

JOHNATHAN ALBERT BERTSCH,

    Defendant and Appellant.

_____

ORDER

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Shane A. Vannatta, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 31 2024